# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00703-CV

**In re Tina Hutcherson**

### ORIGINAL PROCEEDING FROM MILAM COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the emergency motion to stay the trial court's declaratory judgment proceeding is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: November 16, 2022